LEO D. PLOTKIN (SBN 101893)
JOHN P. MERTENS (SBN 252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049-1633
Telephone: (310) 471-3000
Facsimile: (310) 471-7990
lplotkin@lsl-la.com / jmertens@lsl-la.com

Attorneys for Plaintiff
BLX CAPITAL, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLX CAPITAL, LLC.<br><br>Plaintiffs,<br><br>vs.<br><br>ZNM HOLDINGS, INC., a California corporation; DIPU HAQUE, an individual; SIKDER INCORPORATED, a California corporation; M. SIKDER HOLDINGS, INC., a California corporation; ZMS, INC., a California corporation; GRADY HANSHAW, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.SACV09-1000 JVS(MLGx)<br><br>**STIPULATION TO AMEND PLEADINGS TO SUBSTITUTE REAL PARTY IN INTEREST AS PLAINTIFF** |

This Stipulation is entered into by and between plaintiff BLX Capital, LLC ("BLX") and defendants ZNM Holdings, Inc. ("ZNM"), Dipu Haque, Sikder Incorporated, M. Sikder Holdings, Inc., and ZMS, Inc. (collectively, "Guarantors"), Grady Hanshaw ("Hanshaw") and the U.S. Small Business Administration (the "SBA", and together with ZNM, Guarantors and Hanshaw, "Defendants"), as more fully described below.

**RECITALS**

WHEREAS, on or about May 25, 2006, ZNM executed and delivered to BLX a written Adjustable Rate Promissory Note in the principal sum of $1,050,000.00 (the "Note");

WHEREAS, on or about May 25, 2006, ZNM executed and delivered to BLX a certain Leasehold Deed of Trust, Assignments of Rents, Security Agreement, and Fixture Filing ("Deed of Trust"), which was recorded on June 9, 2006 in Book 2006-000386866 in the official Records of the County of Orange, State of California;

WHEREAS, on or about June 14, 2006, BLX executed an Allonge to the Note and an Assignment of the Deed of Trust, transferring the Note and Deed of Trust to BLC Capital Funding, LLC ("BLC");

WHEREAS, on or about June 14, 2006, BLC executed an Allonge to the Note and an Assignment of the Deed of Trust, transferring the Note and Deed of Trust to HSBC Bank USA, its successors and assigns, as indenture trustee under that certain Indenture dated as of March 19, 2004, relating to BLX Conventional Funding Trust II Notes (the "First Trustee");

WHEREAS, on or about October 20, 2006, the First Trustee executed an Allonge to the Note and an Assignment of the Deed of Trust, transferring the Note and Deed of Trust to HSBC Bank USA, National Association, and its successors

and assigns, not in its individual capacity but solely as Indenture Trustee under that certain Third Amended and Restated Indenture dated as of October 1, 2006, relating to BLX Conventional Funding Trust I Notes (the "Second Trustee");

WHEREAS, on or about July 23, 2007, the Second Trustee executed an Allonge to the Note and an Assignment of the Deed of Trust, transferring the Note and Deed of Trust to HSBC Bank USA, National Association, its successors and assigns, as Indenture Trustee under that certain Indenture dated as of June 1, 2007, as the same may be amended from time to time, for the benefit of the Indenture Trustee and the holders of Business Loan Express Business Loan-Backed Notes, Series 2007-A as their respective interest may appear, subject to the indenture dated as of June 1, 2007 as the same may be amended form time to time ("HSBC as Trustee");

WHEREAS, previously it was the policy of BLX to repurchase defaulted notes from the securitization trustee (here, HSBC as Trustee) and foreclose under BLX's own name, but that policy was changed without being communicated to all employees of BLX or its counsel herein;

WHEREAS, as a result, BLX mistakenly brought this action in its own name when the Note and Deed of Trust were actually owned by the securitization trustee, HSBC as Trustee, which is the real party in interest with respect to plaintiff's claims herein;

WHEREAS, Federal Rule of Civil Procedure ("FRCP") 15(a)(2) provides that, where a party is not entitled to amend a pleading as a matter of course pursuant to FRCP 15(a)(1), a party may amend its pleading only with the opposing party's written consent or the court's leave, which leave should be given freely when justice so requires;

WHEREAS, FRCP 15(c)(1)(B) provides in part that an amendment relates back to the date of the original pleading when it asserts a claim that arose out of

the conduct, transaction, or occurrence set out -- or attempted to be set out – in the original pleading;

WHEREAS, FRCP 17(a)(1) provides that an action must be prosecuted in the name of the real party in interest, and FRCP 17(a)(3) provides in part that after substitution of the real party in interest, the action proceeds as if it had been originally commenced by the real party in interest;

**STIPULATION**

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between BLX and Defendants, through their respective counsel of record, that:

1. The facts set forth in the Recitals section ("Recitals") above are alleged by plaintiffs for purposes of this Stipulation to Amend Pleadings to Substitute Real Party In Interest and said facts are not admitted, agreed to, or alleged by the other parties to this Stipulation and said Recitals, including the alleged facts contained therein, shall not be admissible for any purpose in this action other than to support this Stipulation and the amendment of the pleadings and proceedings herein.

2. BLX may have leave to amend the pleadings and proceedings herein to substitute as plaintiff the real party in interest herein, HSBC as Trustee.

3. All pleadings and proceedings in this action may be amended by striking out BLX and adding HSBC as Trustee as plaintiff, and incorporating as allegations of plaintiff therein the facts set forth in the Recitals above.

4. All pleadings hereby amended are deemed to relate back to the date of the original pleading pursuant to Fed. Rule Civ. Proc. 15(c)(1)(B) and 17(a)(3).

DATED: March 11, 2010

LEO D. PLOTKIN
JOHN P. MERTENS
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations

By: ______________________
JOHN P. MERTENS
Attorneys for Plaintiff
BLX CAPITAL, LLC

DATED: March __, 2010

DAVID B. FELSENTHAL
NOVIAN & NOVIAN, LLP

By: ______________________
DAVID B. FELSENTHAL
Attorneys for Defendants
ZNM HOLDINGS, INC., DIPU HAQUE, SIKDER, INC., M. SIKDER HOLDINGS, INC., and ZMS, INC.

DATED: March __, 2010

MICHAEL D. MAY, ESQ.

By: ______________________
MICHAEL D. MAY
Attorneys for Defendant
GRADY HANSHAW

4
**STIPULATION TO AMEND PLEADINGS TO SUBSTITUTE REAL PARTY IN INTEREST AS PLAINTIFF**

DATED: March __, 2010

LEO D. PLOTKIN
JOHN P. MERTENS
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations

By:______________________
JOHN P. MERTENS
Attorneys for Plaintiff
BLX CAPITAL, LLC

DATED: March 11, 2010

DAVID B. FELSENTHAL
NOVIAN & NOVIAN, LLP

By: [signature]
DAVID B. FELSENTHAL
Attorneys for Defendants
ZNM HOLDINGS, INC., DIPU HAQUE, SIKDER, INC., M. SIKDER HOLDINGS, INC., and ZMS, INC.

DATED: March __, 2010

MICHAEL D. MAY, ESQ.

By: ______________________
MICHAEL D. MAY
Attorneys for Defendant
GRADY HANSHAW

4
STIPULATION AND [PROPOSED] ORDER TO AMEND PLEADINGS TO SUBSTITUTE REAL PARTY IN INTEREST AS PLAINTIFF

Professional Corporations

By:____
John P. Mertens
Attorneys for Plaintiff
BLX CAPITAL, LLC

DATED: March __, 2010

DAVID B. FELSENTHAL
NOVIAN & NOVIAN, LLP

By: ____
David B. Felsenthal
Attorneys for Defendants
ZNM HOLDINGS, INC., DIPU HAQUE, SIKDER, INC., M. SIKDER HOLDINGS, INC., and ZMS, INC.

DATED: March 8, 2010

MICHAEL D. MAY, ESQ.

By: [signature]
Michael D. May
Attorneys for Defendant
GRADY HANSHAW

DATED: March __, 2010

GEORGE C. CARDONA
United States Attorney

By: ____
Russell W. Chittenden

DATED: ~~February~~ March 4, 2010

GEORGE C. CARDONA
United States Attorney

By: [signature]
RUSSELL W. CHITTENDEN
Attorneys for Defendant
U.S. SMALL BUSINESS ADMINISTRATION

5
STIPULATION AND [PROPOSED] ORDER TO AMEND PLEADINGS TO SUBSTITUTE REAL PARTY IN INTEREST AS PLAINTIFF

# PROOF OF SERVICE

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049.

On March 11, 2010, I served the foregoing document entitled **STIPULATION TO AMEND PLEADINGS TO SUBSTITUTE REAL PARTY IN INTEREST AS PLAINTIFF** on the interested parties in this action by placing a true copy thereof in sealed envelopes addressed as follows:

***See Attached Service List***

☒ By Service of Court via Notice of Electronic Filing ("NEF") Pursuant to controlling General Order(s), the foregoing document will be served by the Court via NEF and hyperlink to the document. I checked the CM/ECF docket for this action and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated on the attached service list.

☒ (By Email) I had such document electronically submitted pursuant to the email addresses attached on the service list with no system administrator error returned.

☒ **(Federal)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed March 11, 2010, at Los Angeles, California.

/s/ Heidi Gray
Heidi Gray

**SERVICE LIST**

**VIA NOTICE OF ELECTRONIC FILING**
Michael D. May, Esq.
250 West First Street, Suite 256
Claremont, CA 91711
Email: mdmayesq@verizon.net

***Attorney for Defendant, GRADY HANSHAW***

**VIA NOTICE OF ELECTRONIC FILING**
George C. Cardona
Acting United States Attorney
Leon W. Weidman
Assistant United States Attorney
Chief Civil Division
Russell W. Chittenden
Assistant United States Attorney
Federal Building
300 North Los Angeles Street, Room 7516
Los Angeles, CA 90012
Email: russell.chittenden@usdoj.gov

***Attorney for Defendant, UNITED STATES SMALL BUSINESS ADMINISTRATION***

**VIA EMAIL**
Farhad Novian, Esq.
David B. Felsenthal, Esq.
Novian & Novian, LLP
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
Email: David@NovianLaw.com

***Attorneys for Defendants, ZNM HOLDINGS, INC., DIPU HAQUE, SIKDER INC., M. SIKDER HOLDINGS, INC., and ZMS, INC.***