UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-01000-JVS (MLGx) | Date | April 21, 2010 |
| Title | HSBC Bank USA, National Association v. ZNM Holdings, Inc., et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order Granting Plaintiff's Motion to Add Defendant (Fld 3-23-10)

    Plaintiff HSBC Bank USA, National Association ("HSBC") moves to add Wash & Go Car Wash & Detail Center, LLC ("Wash & Go") as a defendant pursuant to Federal Rule of Civil Procedure 19(a) or, in the alternatively, Rule 20(a)(2). The motion is unopposed. The Court deems the lack of opposition as consent to the granting of the motion. Local Rule 7-12. The Court also grants the motion on its merits.

    The Court agrees with HSBC that Wash & Go is a necessary party under Federal Rule of Civil Procedure 19(a). Rule 19(a) provides, in relevant part, as follows:

    (a) Persons Required to Be Joined if Feasible.

    (1) Required Party. A person who is subject to service of process and whose joinder will not deprive the court of subject-matter jurisdiction must be joined as a party if:

    (A) in that person's absence, the court cannot accord complete relief among existing parties; or

    (B) that person claims an interest relating to the subject of the action and is so situated that disposing of the action in the person's absence may:

    (i) as a practical matter impair or impede the person's ability to protect the interest; or

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-01000-JVS (MLGx) | Date | April 21, 2010 |
|---|---|---|---|

| Title | HSBC Bank USA, National Association v. ZNM Holdings, Inc., et al. |
|---|---|

    (ii) leave an existing party subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations because of the interest.

    (2) Joinder by Court Order. If a person has not been joined as required, the court must order that the person be made a party. A person who refuses to join as a plaintiff may be made either a defendant or, in a proper case, an involuntary plaintiff.

Fed. R. Civ. P. 19(a). Wash & Go is subject to service of process within the Central District of California. (See Plotkin Decl., Ex. 1.) Joinder of Wash & Go will not deprive the Court of subject matter jurisdiction under 28 U.S.C. § 1442(a) because a federal agency, the Small Business Administration, is a defendant. The Court cannot accord complete relief among the existing parties in this foreclosure case without joining Wash & Go, who is a junior lienholder with a recorded interest. Furthermore, Wash & Go's ability to protect its interest may be impeded as it may face a future foreclosure action and, if not joined in this action, would not be able to protect its right in any possible surplus.

    Accordingly, the Court GRANTS the motion and orders Wash & Go Car Wash & Detail Center, LLC, a California limited liability company, joined as a defendant with respect to HSBC's first cause of action for Judicial Foreclosure.

    The Court finds that oral argument would not be helpful on this matter and vacates the April 26, 2010 hearing. Fed. R. Civ. P. 78; Local Rule 7-15.

    IT IS SO ORDERED.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |