JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC Bank USA, National Association,<br><br>        Plaintiff,<br><br>  v.<br><br>ZNM Holdings Inc., et al.,<br><br>        Defendant(s). | SACV 09-01000-JVS(MLGx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 90 days</u>, to reopen the action if settlement is not consummated.

DATED:   June 11, 2010

                                                         _____
                                                            James V. Selna
                                                      United States District Judge