LEO D. PLOTKIN (SBN 101893)
JOHN P. MERTENS (SBN 252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049-1633
Telephone: (310) 471-3000
Facsimile: (310) 471-7990

Attorneys for Plaintiff HSBC BANK, USA,
National Association, as Indenture Trustee for
the benefit of the Noteholders, the Hedge
Counterparty and the Certificateholders of
Business Loan Express Business Loan Trust 2007-A

**DENIED**
**BY ORDER OF THE COURT**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK, USA, National Association, as Indenture Trustee for the benefit of the Noteholders, the Hedge Counterparty and the Certificateholders of Business Loan Express Business Loan Trust 2007-A,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ZNM HOLDINGS, INC., a California corporation; DIPU HAQUE, an individual; SIKDER INCORPORATED, a California corporation; M. SIKDER HOLDINGS, INC., a California corporation; ZMS, INC., a California corporation; GRADY HANSHAW, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; WASH & GO CAR WASH & DETAIL CENTER, LLC, a California limited liability company; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. SACV09-1000 JVS(MLGx)<br><br>**[PROPOSED] JUDGMENT OF FORECLOSURE AND ORDER OF SALE**<br><br>**DENIED WITHOUT PREJUDICE TO NOTICED MOTION.  JVS**<br><br>**December 21, 2010** |

1

Pursuant to:

i) the Stipulation for Judgment of Foreclosure and Order of Sale entered into by and between plaintiff HSBC Bank, USA, National Association, as Indenture Trustee for the benefit of the Noteholders, the Hedge Counterparty and the Certificateholders of Business Loan Express Business Loan Trust 2007-A ("Plaintiff") and defendants ZNM Holdings, Inc. ("ZNM") and Dipu Haque, Sikder Incorporated, M. Sikder Holdings, Inc., and ZMS, Inc. (collectively, "Guarantors" and with ZNM the "ZNM Parties");

ii) the Stipulation Between Plaintiff HSBC Bank USA and Defendant United States of America entered into by and between Plaintiff and the United States Small Business Administration ("SBA");

iii) the Settlement Agreement Between Plaintiff HSBC Bank USA and Defendant Grady Hanshaw, entered in by and between Plaintiff and Grady Hanshaw ("Hanshaw"); and

iv) the Settlement Agreement Between Plaintiff HSBC Bank USA and Defendant Wash & Go Car Wash & Detail Center, LLC, entered in by and between Plaintiff and Wash & Go Car Wash & Detail Center, LLC ("Wash & Go"),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiff shall have judgment against ZNM and the Guarantors, jointly and severally, as herein provided.

2. Plaintiff shall have judgment against the SBA, Hanshaw and Wash & Go (collectively the "Juniors") as herein provided.

3. ZNM Parties, and each of them, jointly and severally, are indebted to Plaintiff in the following sums:

    (a)    Principal, accrued interest, attorney's fees and costs and other chargeable expenses incurred as of December 13, 2010, in the total amount of $971,005.42;

    (b)    Late fees, increased default interest and prepayment penalties in the amount of $69,539.22.

    (c)    Interest accruing from and after December 13, 2010 at the daily rate of $224.04 through the date of entry of the Judgment;

    (d)    Actual costs of foreclosure and sale hereunder; and

    (e)    Interest on the amounts set forth in subparagraphs (a) through (c) above (which together shall be referred to hereinafter as the "Indebtedness") at the rate of 10% per annum from the date of entry of the Judgment.

4.    The real and personal property hereinafter described may be sold in the manner prescribed by law, and the Order of Sale will issue to the Sheriff of the County of Orange, ordering and directing him or her to conduct such sale.

5.    From the proceeds of the sale, the Sheriff shall pay to Plaintiff, after deducting the actual costs and expenses of sale, the sums adjudged due less $69,539.22 in late fees, increased default interest and prepayment penalties.

6.    The following property is the subject of this Judgment of Foreclosure:

    (a)    ZNM's interest in certain real property commonly known as 3080 Main Street, Irvine, California 92614 (the "Land"), whether arising under ZNM's Ground Lease of the Land or otherwise acquired by ZNM, together with all buildings and improvements thereon, including the fixtures, attachments, appliances, equipment, machinery and other articles attached thereto (collectively and together with the Land, the "Property"), and ZNM's personal property and other assets associated with the Property (together with the Property, the "Trust Estate")

    (b)    The Land is legally described as follows:

> PROPERTY SITUATED IN THE CITY OF IRVINE IN THE COUNTY OF ORANGE and [] described as follows:
>
> PARCEL 2 of PARCEL MAP NO 96-128 in the City of Irvine, County of Orange, State of California, as shown on Map filed in Book 297, pages 34, 35 and 36 of parcel maps, in the office of the County Recorder of Orange County, California. The Property tax identification number is 447-172-07.

7. If any surplus remains after making the payments specified in paragraph 5 above, the surplus shall be paid to Plaintiff and the Juniors in accordance with their respective priority. The Court shall retain jurisdiction to determine the respective priority of the Juniors and the claim of Plaintiff for late fees, should such a surplus remain. Pursuant to agreement between Plaintiff and the SBA, the Plaintiff's right to late fees, increased default interest and prepayment penalties in Paragraph 3(b) above is subordinated to the SBA.

8. The Court shall retain jurisdiction to determine the amount of any deficiency after the sale, in accordance with section 726(b) of the California Code of Civil Procedure, and to enter a Deficiency Judgment against ZNM and the Guarantors, jointly and severally, which shall reflect the amount so determined.

9. Having sold any and all rights of redemption with respect to the Trust Estate (or any part of it) to Plaintiff, ZNM Parties, and each of them, are forever barred from any right of redemption. At the time of the sale, upon Plaintiff's surrender to the Sheriff of the rights of redemption purchased by Plaintiff from the ZNM Parties, the Sheriff may immediately execute a deed of sale to the purchaser, who may then take possession of the Trust Estate or the part thereof so purchased, if necessary with the assistance of the Sheriff of Orange County.

10. Except as set forth below, ZNM Parties, and all persons claiming from or under them, or any one or more of them, and all persons having liens subsequent to those of Plaintiff by judgment or decree on the Trust Estate (or any part of it), and their personal representatives, and all persons having any lien or claim by or under such subsequent judgment or decree, and their heirs or personal

4

representatives, and all persons claiming to have acquired any estate or interest in the Trust Estate (or any part of it) subsequent to the recording of the notice of pendency of this action with the Orange County Recorder, are forever barred and foreclosed from all equity of redemption in and claim to the Trust Estate, and every part thereof, from and after delivery of the deed of sale by the Sheriff.

11. The SBA retains all of its remaining rights, claims or interests, including: i) Its right, claim or interest in a deficiency judgment against ZNM; ii) Its contract right, claim or interest in a judgment against ZNM; iii) Its statutory right of redemption in the Property under 28 U.S.C. § 2410(c); and/or iv) Any other right, claim, or interest to which it is entitled, under federal or state law, in the Property, or against ZNM.

12. Hanshaw retains the following rights, claims or interests: i) His right, claim or interest in a deficiency judgment against ZNM; ii) His contract right, claim or interest in a judgment against ZNM; iii) His statutory right of redemption, if any; and/or; iv) Any other right, claim, or interest to which he is entitled, under state law, in the Property, or against ZNM.

13. Wash & Go retains the following rights, claims or interests: i) Its right, claim or interest in a deficiency judgment against ZNM, ZMS, Inc. ("ZMS") and Dipu Haque; ii) Its contract right, claim or interest in a judgment against ZNM, ZMS and Dipu Haque; iii) Its statutory right of redemption, if any; and/or iv) Any other rights, claims, or interests to which it may be entitled in the Property, or against ZNM, ZMS, Dipu Haque and any other parties that may be liable or obligated to Wash & Go.

14. This Order has no effect on the security interest held by Wash & Go in certain property in the City of Laguna Hills, County of Orange, State of California owned by ZMS.

**DENIED WITHOUT PREJUDICE TO NOTICED MOTION.**

DATED: __December 21, 2010_

**DENIED**
BY ORDER OF THE COURT
U.S. DISTRICT COURT JUDGE

PRESENTED BY:

LEO D. PLOTKIN
JOHN P. MERTENS
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations

By_____
      JOHN P. MERTENS
Attorneys for Plaintiff HSBC BANK, USA,
National Association, as Indenture Trustee for
the benefit of the Noteholders, the Hedge
Counterparty and the Certificateholders of
Business Loan Express Business Loan Trust 2007-A

26151

**PROOF OF SERVICE**

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049.

On December 21, 2010, I served the foregoing document entitled **SETTLEMENT AGREEMENT BETWEEN PLAINTIFF HSBC BANK USA AND DEFENDANT WASH & GO CAR WASH & DETAIL CENTER, LLC** on the interested parties in this action by placing a true copy thereof in sealed envelopes addressed as follows:

*See Attached Service List*

☒ (By Email) I had such document electronically submitted pursuant to the email addresses attached on the service list with no system administrator error returned.

☒ (**Federal**) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed December 21, 2010, at Los Angeles, California.

                                /s/ David Small
                                David Small

# SERVICE LIST

| **VIA NOTICE OF ELECTRONIC FILING** | **VIA NOTICE OF ELECTRONIC FILING** |
|---|---|
| Michael D. May, Esq. | George C. Cardona |
| 532 West First Street, Suite 209 | Acting United States Attorney |
| Claremont, CA 91711-4527 | Leon W. Weidman |
| Email: mdmayesq@verizon.net | Assistant United States Attorney |
|  | Chief Civil Division |
| *Attorney for Defendant, GRADY HANSHAW* | Russell W. Chittenden |
|  | Assistant United States Attorney |
|  | Federal Building |
|  | 300 North Los Angeles Street, Room 7516 |
|  | Los Angeles, CA 90012 |
|  | Email: russell.chittenden@usdoj.gov |
|  |  |
|  | *Attorney for Defendant, UNITED STATES SMALL BUSINESS ADMINISTRATION* |
| **VIA EMAIL** | **VIA EMAIL & U.S. MAIL** |
| Farhad Novian, Esq. | Peter J. Attarian, Jr., Esq. |
| David B. Felsenthal, Esq. | Blackmar, Principe, Schmelter |
| Novian & Novian, LLP | 600 B. Street, Suite 2250 |
| 1801 Century Park East, Suite 1201 | San Diego, CA 92101 |
| Los Angeles, CA 90067 | Email: pattarian@bpslaw.net |
| Email: David@NovianLaw.com |  |
|  | *Attorneys for Defendants, WASH & GO CAR WASH & DETAIL CENTER, LLC.* |
| *Attorneys for Defendants, ZNM HOLDINGS, INC., DIPU HAQUE, SIKDER INC., M. SIKDER HOLDINGS, INC., and ZMS, INC.* |  |