ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUSSELL W. CHITTENDEN
Assistant United States Attorney
California State Bar No. 112613
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2444
Facsimile: (213) 894-7819
Email: russell.chittenden@usdoj.gov

Attorneys for Defendant
Administrator of the United States
Small Business Administration

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

HSBC Bank, USA, National Association,

Plaintiff,

v.

ZNM HOLDINGS, INC., a California corporation; DIPU HAQUE, an individual; SIKDER INCORPORATED, a California corporation; M. SIKDER HOLDINGS, INC., a California corporation; ZMS, INC., a California corporation; GRADY HANSHAW, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; and DOES 1 through 20, inclusive,

Defendants.

No. CV 09-1000 JVS (MLGx)

NOTICE OF NONOPPOSITION TO MOTION FOR SUMMARY JUDGMENT

DATE: July 11, 2011

TIME: 1:30 p.m.

PLACE: Courtroom of the Honorable James V. Selna

Defendant Administrator of the United States Small Business Administration, sued herein as U.S. Small Business Administration ("SBA"), does not oppose the motion for summary judgment filed by plaintiff HSBC Bank herein as agrees to the Proposed Judgment served by plaintiff herein on June 3, 2011, a copy of which is attached hereto.

DATED: June 20, 2011.

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/s/ Russell W. Chittenden*
RUSSELL W. CHITTENDEN
Assistant United States Attorney

Attorneys for Defendant Administrator of the United States Small Business Administration