```
1  MICHAEL D. MAY
   ATTORNEY AT LAW
2  BAR NO. 80384
   532 WEST FIRST STREET, SUITE 209
3  CLAREMONT, CALIFORNIA   91711
   (909) 398-1030
4

5  Attorney for Defendant
   Grady Hanshaw
6
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| HSBC BANK, USA, National Association, as Indenture Trustee etc. | CASE NO. SACV 09-1000 JVS (MLSx) |
| Plaintiff, | NOTICE OF NON-OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| ZNM HOLDINGS, INC., a California corporation; DIPU HAQUE, an individual; SIKDER INCORPORATED, a California corporation; M. SIKDER HOLDINGS, INC., a California corporation; ZMS, INC., a California corporation; GRADY HANSHAW, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; and DOES 1 through 20, inclusive, | DATE: July 11, 2011<br>TIME: 1:30 p.m.<br>CTRM: 10-C |
| Defendants. | |

///

///

///

///

Notice of Non-opposition to Motion for Summary Judgment

1  Defendant Grady Hanshaw ("Hanshaw") will not file papers, nor
2  appear, in opposition to the motion for summary judgment filed by
3  Plaintiff HSBC Bank.

5  Dated: June 21, 2011

   _____
   Michael D. May
   Attorney for Defendant
   Grady Hanshaw

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 532 W. First Street, Suite 209, Claremont, California.

    On June 21, 2011, I served the following document described as:

**NOTICE OF NON-OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

on the Interested Parties in this action by placing a true and correct copy thereof enclosed in sealed envelope[s] addressed as follows:

    Leo D. Plotkin, Esquire
    Levy, Small & Lallas
    Attorneys at Law
    815 Moraga Drive
    Los Angeles, California 90049

    David B. Feldenthal, Esquire
    Novian & Novian, LLP
    Attorneys at Law
    1801 Century Park East, Suite 1201
    Los Angeles, California 90067

    Russell W. Chittenden, Esquire
    Assistant United States Attorney
    300 North Los Angeles Street, Room 7516
    Los Angeles, California 90012

    Peter J. Attarian, Jr., Esquire
    Blackmar, Principe & Schmelter
    Attorneys at Law
    600 B Street, Suite 2250
    San Diego, California 92101

    I deposited such envelope[s], with postage thereon fully prepaid, in the U.S. mail at Claremont, California.

    Executed on June 21, 2011, at Claremont, California.

    I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    _____
    Marilyn Mora