FARHAD NOVIAN (SBN 118129)
Farhad@NovianLaw.com
DAVID B. FELSENTHAL (SBN 140203)
David@NovianLaw.com
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, California  90067
Tel:   (310) 553-1222
Fax:   (310) 553-0222

Attorneys for Defendants ZNM HOLDINGS, INC., a California corporation; DIPU HAQUE, an individual; SIKDER INCORPORATED, a California corporation; M. SIKDER HOLDINGS, INC., a California corporation; ZMS, INC., a California corporation

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HSBC BANK, USA, National Association, as Indenture Trustee for benefit of the Noteholders, the Hedge Counterparty and the Certificateholders of Business Loan Express Business Loan Trust 2007-A,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ZNM HOLDINGS, INC., a California corporation, et. al.,<br><br>                    Defendants. | Case No. SACV09-1000 JVS(MLGx)<br><br>**STATEMENT OF NON-OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS ZNM HOLDINGS, INC., DIPU HAQUE, SIKDER INCORPORATED, M. SIKDER HOLDINGS, INC. AND  ZMS, INC.**<br><br>**Local Rule 7-9 (b)**<br><br>Date:        July 11, 2011<br>Time:        1:30 pm<br>Courtroom:   10C |

DEFENDANTS' STATEMENT NOT OPPOSING MOTION FOR SUMMARY JUDGMENT

1    Pursuant to Local Rule 7-9(b), Defendants ZNM Holdings, Inc., Dipu
2    Haque, Sikder, Inc., M. Sikder Holdings, Inc. and ZMS, Inc. ("Defendants") state
3    as follows: said Defendants do not oppose Plaintiff's pending motion for summary
4    judgment scheduled for hearing on July 11, 2011.

DATED: June 21, 2011                NOVIAN & NOVIAN, LLP


                                    By: /s/ David B. Felsenthal
                                        DAVID B. FELSENTHAL
                                    Attorneys for Defendants
                                    ZNM HOLDINGS, INC., DIPU
                                    HAQUE, SIKDER, INC., M. SIKDER
                                    HOLDINGS, INC., and ZMS, INC.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is 1801 Century Park East, Suite 1201, Los Angeles, CA 90067

On June 21, 2011, I served the foregoing documents described as:

**STATEMENT OF NON-OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS ZNM HOLDINGS, INC., DIPU HAQUE, SIKDER INCORPORATED, M. SIKDER HOLDINGS, INC. AND ZMS, INC. Local Rule 7-9 (b)**

on the interested parties in this action [xx] by placing [ ] the original and/or [xx] a true copy thereof enclosed in a sealed envelope addressed as follows:

## SEE ATTACHED SERVICE LIST

[ X ] By service of Court via Notice of Electronic Filing ("NEF") Pursuant to controlling General Order(s), the foregoing document will be served by the Court via NEF and hyperlink to the document. I checked the CM/ECF docket for this action and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated on the attached service list.

[X]   **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 21, 2011, at Los Angeles, California.

/s/ Trayanna Enriquez
Trayanna Enriquez

3
DEFENDANTS' STATEMENT NOT OPPOSING MOTION FOR SUMMARY JUDGMENT

# SERVICE LIST

**VIA NOTICE OF ELECTRONIC FILING**

Michael D. May, Esq.
2550 West First Street, Suite 256
Claremont, CA 91711
Email: mdmayesq@verizon.net

*Attorney for Defendant, GRADY HANSHAW*

George C. Cardona
Acting United States Attorney
Leon W. Weidman
Assistant United States Attorney
Chief Civil Division
Russell W. Chittenden
Assistant United States Attorney
Federal Building
300 North Los Angeles Street, Room 7516
Los Angeles, CA 90012
Email: Russell.chittenden@usdoj.gov

*Attorney for Defendant, UNITED STATES SMALL BUSINESS ADMINISTRATION*

John P. Mertens
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049
Email: jmertens@lsl-la.com

*Attorney for Plaintiff, HSBC*

Leo D. Plotkin
Levy Small and Lallas
815 Moraga Drive
Los Angeles, CA 90049-1633
Email: lplotkin@lsl-la.com

*Attorney for Plaintiff, HSBC*

Peter J. Attarian, Jr., Esq.
Blackmar, Principe, Schmelter
600 B. Street Suite 2250
San Diego, CA 92101
Email: pattarian@bpslaw.com

*Attorneys for Defendants, WASH & GO CARWASH & DETAIL CENTER, LLC*