1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HSBC BANK, USA, National Association, as Indenture Trustee for the benefit of the Noteholders, the Hedge Counterparty and the Certificateholders of Business Loan Express Business Loan Trust 2007-A,<br><br>                    Plaintiff,<br><br>        vs.<br><br>ZNM HOLDINGS, INC., a California corporation; DIPU HAQUE, an individual; SIKDER INCORPORATED, a California corporation; M. SIKDER HOLDINGS, INC., a California corporation; ZMS, INC., a California corporation; GRADY HANSHAW, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; WASH & GO CAR WASH & DETAIL CENTER, LLC, a California limited liability company; and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No.SACV09-1000 JVS(MLGx)<br><br><br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES** |

1    The Court has received and reviewed the Motion for Award of Attorneys'

2  Fees (Docket No. 79) filed by plaintiff HSBC Bank USA, National Association, as

3  Indenture Trustee for the benefit of the Noteholders, the Hedge Counterparty and

4  the Certificateholders of Business Loan Express Business Loan Trust 2007-A

5  ("Plaintiff"), as well as the Notice of Non-Opposition thereto filed by Defendants

6  from whom the fees are sought (Docket No. 82).

7    The Court deems this matter appropriate for decision without oral argument.

8  <u>See</u> Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearing set for August

9  22, 2011, is vacated.

10    Although captioned a Notice of Non-Opposition, Defendants request that the

11  Court limit the relief sought by the Motion.  Specifically, Plaintiff estimated that

12  $945 in attorney's fees would be incurred in connection with the filing of a Reply

13  brief and an appearance at the hearing on this matter, and Defendants request that

14  those fees not be awarded.  Thus, in light of the filing of the Notice of Non-

15  Opposition, and in light of the Court's vacatur of the hearing on this matter, the

16  Court limits the amount of fees awarded accordingly.

17    Therefore, the Court, having read and considered all papers filed in support

18  of the motion, finds as follows:

19    1.  Plaintiff is the prevailing party in this action in its claims against

20  defendants M. Sikder Holdings, Inc., Sikder Incorporated, ZMS, Inc. and Dipu

21  Haque (the "Guarantors") for Breach of Written Guarantee as established in the

22  Judgment by Summary Judgment, Judgment of Foreclosure and Order of Sale

23  Judgment entered in this action on July 7, 2011 (Docket No. 77).

24    2.  Pursuant to written guarantees signed by the Guarantors, they are liable

25  to Plaintiff for attorneys' fees and costs incurred in prosecuting this action.  In the

26  Judgment, the Court previously awarded attorney's fees for fees incurred through

27  February 28, 2011.

28

3.  The Court finds that, based upon the evidence submitted in support of its request, Plaintiff's reasonable attorneys' fees and costs, incurred from March 1, 2011, to date, are $14,195.75.

IT IS HEREBY ORDERED that the motion is granted and Plaintiff, as prevailing party, shall be awarded $14,195.75 in attorneys' fees and costs.


DATED: August 12, 2011

_____
James V. Selna
United States District Judge


PRESENTED BY:

LEO D. PLOTKIN
JOHN P. MERTENS
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations


By_____
      LEO D. PLOTKIN
Attorneys for Plaintiff
HSBC BANK, USA, National Association, as Indenture
Trustee for the benefit of the Noteholders, the Hedge
Counterparty and The Certificateholders of Business Loan
Express Business Loan Trust 2007-A

27162

1

**<u>PROOF OF SERVICE</u>**

2

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:*

3

4

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California  90049.

5

6

7

    On August 12, 2011, I served the foregoing document entitled **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES** on the interested parties in this action by placing a true copy thereof in sealed envelopes addressed as follows:

8

9

10

***<u>See Attached Service List</u>***

11

    ☒    (By Email) I had such document electronically submitted pursuant to the email addresses attached on the service list with no system administrator error returned.

12

13

    ☒    (**Federal**) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

14

15

16

    Executed August 12, 2011, at Los Angeles, California.

17

        ____/s/ Heidi Gray

18

        Heidi Gray

19

20

21

22

23

24

25

26

27

28

4

## SERVICE LIST

1

2

**Via Email**

3   Michael D. May, Esq.

532 West First Street, Suite 209
4   Claremont, CA 91711-4527

Email: mdmayesq@verizon.net
5

6   *Attorney for Defendant, GRADY*
*HANSHAW*
7

8

9

10

11

12

13

14

**Via Email**

15   Farhad Novian, Esq.

David B. Felsenthal, Esq.
16   Novian & Novian, LLP

1801 Century Park East, Suite 1201
17   Los Angeles, CA 90067

Email: David@NovianLaw.com
18

19

*Attorneys for Defendants, ZNM*
20   *HOLDINGS, INC., DIPU HAQUE,*
*SIKDER INC., M. SIKDER*
21   *HOLDINGS, INC., and ZMS, INC.*

22

23

24

25

26

27

28

**Via Email**

George C. Cardona
Acting United States Attorney
Leon W. Weidman
Assistant United States Attorney
Chief Civil Division
Russell W. Chittenden
Assistant United States Attorney
Federal Building
300 North Los Angeles Street, Room 7516
Los Angeles, CA 90012
Email: russell.chittenden@usdoj.gov

*Attorney for Defendant, UNITED*
*STATES SMALL BUSINESS*
*ADMINISTRATION*

**Via Email**

Peter J. Attarian, Jr., Esq.
Blackmar, Principe, Schmelter
600 B. Street, Suite 2250
San Diego, CA 92101
Email: pattarian@bpslaw.net

*Attorneys for Defendants, WASH &*
*GO CAR WASH & DETAIL CENTER,*
*LLC.*