| | |
|---|---|
| 1 | LEO D. PLOTKIN (SBN 101893) |
| 2 | JOHN P. MERTENS (SBN 252762) |
|   | LEVY, SMALL & LALLAS |
| 3 | A Partnership Including Professional Corporations |
|   | 815 Moraga Drive |
| 4 | Los Angeles, California 90049-1633 |
|   | Telephone:  (310) 471-3000 |
| 5 | Facsimile:   (310) 471-7990 |

Attorneys for Plaintiff HSBC BANK, USA, National Association, as Indenture Trustee for the benefit of the Noteholders, the Hedge Counterparty and the Certificateholders of Business Loan Express Business Loan Trust 2007-A

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK, USA, National Association, as Indenture Trustee for the benefit of the Noteholders, the Hedge Counterparty and the Certificateholders of Business Loan Express Business Loan Trust 2007-A, <br><br> Plaintiff, <br><br> vs. <br><br> ZNM HOLDINGS, INC., a California corporation; DIPU HAQUE, an individual; SIKDER INCORPORATED, a California corporation; M. SIKDER HOLDINGS, INC., a California corporation; ZMS, INC., a California corporation; GRADY HANSHAW, an individual; U.S. SMALL BUSINESS ADMINISTRATION, a United States government agency; WASH & GO CAR WASH & DETAIL CENTER, LLC, a California limited liability company; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. SACV09-1000 JVS(MLGx) <br><br> **REQUEST FOR SERVICE OF PROCESS BY REGISTERED PROCES SERVER** <br><br> [Rule 4(c), Fed.R.Civ.P.; Local Rules 19.2 and 19.3] <br><br> [No Hearing Required] |

1     Plaintiffs, HSBC Bank USA, National Association, as Indenture Trustee for the benefit of the Noteholders, the Hedge Counterparty and the Certificateholders of Business Loan Express Business Loan Trust 2007-A, pursuant to the provisions of Rule 4 (c) of the Federal Rules of Civil Procedure and Rules 19.2 and 19.3 of the Local Rules of Practice of the United States District Court for the Central District of California, request that a registered process server of Janney & Janney Attorney Service, Inc., who is at least 18 years of age, of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case.  The U.S. Marshals Office will remain the Levying Officer.

DATED:  August 16, 2011

LEO D. PLOTKIN
JOHN P. MERTENS
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations

By:  /s/   John P. Mertens _____
      JOHN P. MERTENS
Attorneys for Plaintiff
HSBC BANK, USA, National Association, as Indenture Trustee for the benefit of the Noteholders, the Hedge Counterparty and the Certificateholders of Business Loan Express Business Loan Trust 2007-A

27202

## PROOF OF SERVICE

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:*

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049.

    On August 16, 2011, I served the foregoing document entitled **REQUEST FOR SERVICE OF PROCESS BY REGISTERED PROCES SERVER** on the interested parties in this action by placing a true copy thereof in sealed envelopes addressed as follows:

***See Attached Service List***

    ☒    By Service of Court via Notice of Electronic Filing ("NEF") Pursuant to controlling General Order(s), the foregoing document will be served by the Court via NEF and hyperlink to the document. I checked the CM/ECF docket for this action and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated on the attached service list.

    ☒    (**Federal**) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed August 16, 2011, at Los Angeles, California.

                                        /s/ Heidi Gray
                                     Heidi Gray

# SERVICE LIST

**Via Notice of Electronic Filing**
Michael D. May, Esq.
532 West First Street, Suite 209
Claremont, CA 91711-4527
Email: mdmayesq@verizon.net

*Attorney for Defendant, GRADY HANSHAW*

**Via Notice of Electronic Filing**
George C. Cardona
Acting United States Attorney
Leon W. Weidman
Assistant United States Attorney
Chief Civil Division
Russell W. Chittenden
Assistant United States Attorney
Federal Building
300 North Los Angeles Street, Room 7516
Los Angeles, CA 90012
Email: russell.chittenden@usdoj.gov

*Attorney for Defendant, UNITED STATES SMALL BUSINESS ADMINISTRATION*

**Via Notice of Electronic Filing**
Farhad Novian, Esq.
David B. Felsenthal, Esq.
Novian & Novian, LLP
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
Email: David@NovianLaw.com

*Attorneys for Defendants, ZNM HOLDINGS, INC., DIPU HAQUE, SIKDER INC., M. SIKDER HOLDINGS, INC., and ZMS, INC.*